UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INVENSYS SYSTEMS, INC.<br>      Plaintiff,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO: 1:05-cv-11589-WGY |

### DEFENDANT CENTENNIAL INSURANCE COMPANY'S MOTION TO ENLARGE TIME [ASSENTED TO BY PLAINTIFF]

Pursuant to Fed.R.Civ.P. 6, Defendant Centennial Insurance Company ("Centennial") moves that the Court enter an Order enlarging the time for it to answer or otherwise respond to the Complaint to and including August 15, 2005. Plaintiff Invensys Systems, Inc. has assented to this request.

CENTENNIAL INSURANCE CO.

By its attorneys,

/s/ John T. Harding

_____
Michel F. Aylward BBO #024850
John T. Harding BBO #221270
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7558
(617) 342-4888 (facsimile)

Dated: August 8, 2005

1155990v1