UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INVENSYS SYSTEMS, INC., )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>CENTENNIAL INSURANCE COMPANY, )<br>       Defendant. )<br>) | Civ. No. 1:05-CV-11589-WGY |

**JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to Local Rule 16.1(D), Plaintiff Invensys Systems, Inc. and Defendant Centennial Insurance Company submit the following joint statement.

**SCHEDULING MATTERS**

The parties propose the following schedule for discovery and other events in this case.

1.  Fact discovery shall be completed by June 16, 2006. Expert discovery shall be completed by August 11, 2006.

2.  All motions pursuant to Fed. R. Civ. P. 12, 15, 19 and 20 shall be filed no later than November 20, 2005.

3.  The parties shall complete their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by no later than October 27, 2005.

4.  The parties shall adhere to the discovery event limitations set forth in Local Rule 26.1, unless they shall otherwise agree or the Court shall otherwise order.

5.  All dispositive motions, including motions for summary judgment pursuant to Fed. R. Civ. P. 56, shall be filed on or before September 16, 2006.

6.  The parties expect to be ready for trial on November 11, 2006.

**TRIAL BEFORE A MAGISTRATE**

The parties do not consent to trial before a magistrate.

**REQUEST FOR ITNERIM STATUS CONFERENCE**

The parties request an interim status conference to be held on approximately March 13, 2006 to address an early resolution of the issue of the existence and content of insurance policies.

**CERTIFICATIONS**

The certifying parties have conferred with their clients as to establishing a budget or cost for the litigation and with respect to ADR programs. Plaintiff's certification is attached. The certification by Defendant (who is out of state) will be filed under separately.

                                            Respectfully submitted

                                            PLAINTIIFF INVENSYS SYSTEMS, INC.,
By its attorneys:

_____/s/_____
Robert J. Gilbert (BBO# 565466)
Edward J. Denn (BBO# 633030)
GILBERT & RENTON LLC
23 Main Street
Andover, MA 01810
Telephone: (978) 475-7580
Dated: October 14, 2005                Telecopy: (978) 475-1881

DEFENDANT CENTENNIAL INSURANCE COMPANY
By its attorneys:

\_\_\_\_/s/_____
Michael F. Aylward (BBO #024850)
John T. Harding (BBO#221270)
MORRISON, MAHONEY LLP
250 Summer Street
Boston, MA 02210
Telephone: (617) 439-7558
Dated: October 14, 2005                Telecopy: (617) 342-4888

## Certificate of Service

     I hereby certify that a true and correct copy of this document was served upon John T. Harding, Morrison Mahoney LLP, 250 Summer Street, Boston, MA 02210, by telecopy and first class mail, postage prepaid, on October 14, 2005.

                                _____/s/_____
                                Robert J. Gilbert

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INVENSYS SYSTEMS, INC., <br> Plaintiff, <br><br> v. <br><br> CENTENNIAL INSURANCE COMPANY, <br> Defendant. | ) <br> ) <br> ) <br> ) Civ. No. 1:05-CV-11589-WGY <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), Plaintiff Invensys Systems, Inc. and its attorneys certify that they have conferred (a) with a view toward establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

INVENSYS SYSTEMS, INC.,
By its President:

Dated: September 19, 2005

Jay S. Ehle

By its attorney,

Robert J. Gilbert (BBO# 565466)
Edward J. Denn (BBO# 633030)
GILBERT & RENTON LLC
23 Main Street
Andover, MA 01810
Telephone: (978) 475-7580
Telecopy: (978) 475-1881

Dated: September 19, 2005

### Certificate of Service

I hereby certify that a true and correct copy of this document was served upon John T. Harding, Morrison Mahoney LLP, 250 Summer Street, Boston, MA 02210, by First Class Mail, postage prepaid, on September 19, 2005.

Robert J. Gilbert