UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INVENSYS SYSTEMS, INC.<br>Plaintiff,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY,<br>Defendant. | CIVIL ACTION NO: 1:05-CV-11589-WGY |

### CERTIFICATION

Pursuant to Local District Court Rule 16.4, the undersigned hereby certify that they have conferred:

    a)    with a view to establish a budget for the costs of conducting the full course — and various alternative courses — of the litigation; and

    b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Maribel Barton
Claims Specialist
Centennial Insurance Company
Seven Giralda Farm, Suite 120
Madison, NJ 07940-1027

/s/ John T. Harding

John T. Harding BBO #221270
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7558
(617) 342-4888 (facsimile)

968429v1