UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INVENSYS SYSTEMS, INC.<br>Plaintiff,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY,<br>Defendant. | CIVIL ACTION NO: 1:05-CV-11589-WGY |

## DEFENDANT CENTENNIAL INSURANCE COMPANY'S MOTION TO RESCHEDULE MEDIATION [ASSENTED TO BY PLAINTIFF]

Defendant Centennial Insurance Company ("Centennial") moves that the Court reschedule the mediation in this case which is currently set for March 21, 2006 to March 30, 2006. As grounds for this motion, Centennial states that the request is due to a scheduling conflict that pre-dated receipt of the Court's notice of mediation dated March 6, 2006. Plaintiff Invensys Systems, Inc. has assented to this request.

CENTENNIAL INSURANCE COMPANY,

By its attorneys,

/s/   *John T. Harding*

John T. Harding BBO #221270
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA 02210
(617) 439-7558
(617) 342-4888 (facsimile)

993098v1

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 10, 2006.

                                            */s/ John T. Harding*
                                            John T. Harding, Jr. BBO #221270

2

993098v1