**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

INVENSYS SYSTEMS, INC.
        Plaintiff(s)

V.

CENTENNIAL INSURANCE CO.
        Defendant(s)

CIVIL ACTION

NO. 05-CV-11589-WGY

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE     WILLIAM G. YOUNG

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On 4/24/06 I held the following ADR proceeding:

        _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
        __X____ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
        _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

        All parties were represented by counsel [except _____]

        The parties were / were not present in person or by authorized corporate officer [except _____].

        The case was:

[ ]    Settled. Your clerk should enter a ___ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list. On 4/24/06 the parties were given time to continue settlement discussions and report to the Court of progress.

[ ]    Suggested strategy to facilitate settlement:
        _____
        _____

7/31/06                                      /S/ Joyce London Alexander
DATE                                        ADR Provider

(ADR Report.wpd - 4/12/2000)                                        [adrrpt.]