UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INVENSYS SYSTEMS, INC., <br> Plaintiff, <br><br> v. <br><br> CENTENNIAL INSURANCE COMPANY, <br> Defendant. | ) <br> ) <br> ) <br> ) Civ. No. 1:05-CV-11589-WGY <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Invensys Systems, Inc. and Defendant Centennial Insurance Company respectfully file this joint motion to amend the Scheduling Order in this matter as set forth below. In support, the Parties state as follows:

1. The parties have delayed the completion formal discovery while engaging in extensive settlement negotiations (including two mediation sessions with the Magistrate Judge Alexander). It has now become clear that a settlement cannot occur until further discovery is taken, including depositions. An extended Scheduling Order will enable the parties to take the formal discovery that is necessary either to reach a settlement or try the case.

2. This is the first request for an extension of the Scheduling Order.

**Wherefore**, Plaintiffs and Defendants respectfully request that the Court enter the following revised Scheduling Order:

1

| Pre-Trial Event | Revised Deadline |
|---|---|
| Completion of Fact Discovery | October 31, 2006 |
| Exchange of Expert Reports | November 30, 2006 |
| Exchange of Rebuttal Expert Reports | December 15, 2006 |
| Completion of Expert Discovery | January 15, 2006 |
| Dispositive Motions Filed<br>Opposition Due<br>Reply Due | January 30, 2006<br>February 28, 2007<br>March 15, 2007 |
| Final Pretrial Conference<br>(or at earliest convenience of the Court thereafter) | TBD by court |

Respectfully submitted:
PLAINTIIFF INVENSYS SYSTEMS, INC.,
By its attorneys:

_____/s Robert J. Gilbert/_____
Robert J. Gilbert (BBO# 565466)
GILBERT & RENTON LLC
23 Main Street
Andover, MA 01810
Telephone: (978) 475-7580
Dated: July 31, 2006      Telecopy: (978) 475-1881

DEFENDANT CENTENNIAL INSURANCE
COMPANY
By its attorneys:

____/s John T. Harding_____
Michael F. Aylward (BBO #024850)
John T. Harding (BBO#221270)
MORRISON, MAHONEY LLP
250 Summer Street
Boston, MA 02210
Telephone: (617) 439-7558
Dated: July 31, 2006      Telecopy: (617) 342-4888

2

## Certificate of Service

    I hereby certify that a true and correct copy of this document was served upon John T. Harding, Morrison Mahoney LLP, 250 Summer Street, Boston, MA 02210, by telecopy and first class mail, postage prepaid, on July 31, 2006.

                                          _____/sRobert J. Gilbert/_____
                                          Robert J. Gilbert