UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INVENSYS SYSTEMS, INC., )<br>            Plaintiff,            )<br>                                         )<br>    v.                                  )     Civ. No. 1:05-CV-11589-WGY<br>                                         )<br>CENTENNIAL INSURANCE COMPANY, )<br>            Defendant.            )<br>                                         ) | |

**JOINT MOTION TO AMEND SUMMARY JUDGMENT BRIEFING SCHEDULE**

Plaintiff Invensys Systems, Inc. and Defendant Centennial Insurance Company respectfully file this joint motion to amend the briefing schedule for summary judgment motions. In support, the Parties state as follows:

1.    The current deadline for filing dispositive motions is September 16, 2006. The requested extension would be for 7 days, so that the new deadline is September 23, 2006.

2.    During the week of September 11, 2006, Plaintiff's counsel, Gilbert & Renton LLC, will be moving its offices. Beginning on Saturday, September 9, 2006 and continuing for an undetermined period of time into the following week, the firm will not have access to its computers or its case files. Defense counsel, who will be on trial beginning the week of September 11, joins in Plaintiff's request to extend the deadline for dispositive motions by one week, to September 23, 2006.

**Wherefore**, Plaintiff and Defendant respectfully request that the Court extend to September 23, 2006 the deadline for filing dispositive motions.

|  |  |
|---|---|
|  | Respectfully submitted:<br>PLAINTIIFF INVENSYS SYSTEMS, INC.,<br>By its attorneys:<br><br>_____/s Robert J. Gilbert/_____<br>Robert J. Gilbert (BBO# 565466)<br>GILBERT & RENTON LLC<br>23 Main Street<br>Andover, MA 01810<br>Telephone: (978) 475-7580 |
| Dated: September 2, 2006 | Telecopy: (978) 475-1881 |
|  | DEFENDANT CENTENNIAL INSURANCE COMPANY<br>By its attorneys:<br><br>____/s John T. Harding_____<br>Michael F. Aylward (BBO #024850)<br>John T. Harding (BBO#221270)<br>MORRISON, MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>Telephone: (617) 439-7558 |
| Dated: September 2, 2006 | Telecopy: (617) 342-4888 |

**Certificate of Service**

    I hereby certify that a true and correct copy of this document was served upon John T. Harding, Morrison Mahoney LLP, 250 Summer Street, Boston, MA  02210, by first class mail, postage prepaid, on September 2, 2006.

                                 _____/sRobert J. Gilbert/_____
                                 Robert J. Gilbert