UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INVENSYS SYSTEMS, INC., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CENTENNIAL INSURANCE COMPANY, )<br>    Defendant. )<br>) | Case No.: 05-11589 WGY |

## NOTICE OF CHANGE OF ADDRESS

Effective September 8, 2006, please note Gilbert & Renton LLC's change of address from 23 Main Street, Andover, Massachusetts, 01810 to:

> Gilbert & Renton LLC
> 344 North Main Street
> Andover, MA 01810

All other contact information remains unchanged.

> INVENSYS SYSTEMS, INC.,
> By its attorneys,
>
> /s/ Robert J. Gilbert
> Robert J. Gilbert, Esquire
> Gilbert & Renton LLC
> 344 North Main Street
> Andover, MA 01810
> Tel (978) 475-7580
> Fax (978) 475-1881

Dated: September 6, 2006

### CERTIFICATE OF SERVICE

I, Robert J. Gilbert, served a true copy of the foregoing document upon counsel of record for all parties to this action on September 6, 2006.

> /s/ Robert J. Gilbert
> Robert J. Gilbert