UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INVENSYS SYSTEMS, INC.,              )<br>       Plaintiff,                         )<br>                                                )<br>v.                                              )<br>                                                )<br>CENTENNIAL INSURANCE COMPANY, )<br>       Defendant.                     )<br>                                                ) | Civ. No. 1:05-CV-11589-WGY<br><br><br>**HEARING REQUESTED** |

**PLAINTIFF INVENSYS SYSTEMS, INC.'S**
**MOTION FOR SUMMARY JUDGMENT**

Plaintiff Invensys Systems, Inc. respectfully moves for summary judgment, pursuant to Fed. R. Civ. P. 56(b), on Counts II and IV of its Complaint, pertaining to breach of the duty to indemnify past cleanup costs and damages and declaratory relief requiring Defendant Centennial Insurance Company to indemnity future costs. Invensys also seeks an award of damages (through March 31, 2006) in the amount of $743,489.24 for breach of the duty to indemnify, together with an order directing payment of future remediation costs, attorney's fees, costs, and interests.

* * *

In further support hereof, Plaintiff submits the following: (i) Memorandum in Support of Plaintiff Invensys Systems, Inc.'s Motion for Summary Judgment; (ii) Separate Statement of Undisputed Material Facts in Support of Plaintiff Invensys Systems, Inc.'s Motion for Summary Judgment; and (iii) Exhibits and Affidavits in Support of Plaintiff Invensys Systems, Inc.'s Motion for Summary Judgment.

WHEREFORE, Plaintiff Invensys Systems, Inc. respectfully urges the Court to grant summary judgment in its favor on Counts II and IV of its Complaint.

                                        Respectfully submitted,
                                        PLAINTIFF INVENSYS SYSTEMS, INC.,
                                        By its attorneys,

                                        _____/s Robert J. Gilbert/_____
                                        Robert J. Gilbert, Esq. (BBO # 565466)
                                        GILBERT & RENTON LLC
                                        344 North Main Street
                                        Andover MA 01810
                                        Tel (978) 475-7580
Dated: September 22, 2006                 Fax (978) 475-1881

## CERTIFICATE OF SERVICE

     I, Robert J. Gilbert, hereby certify that on September 22, 2006, a true and correct copy of the foregoing document was served electronically upon John T. Harding, Esq., counsel of record for Defendant Centennial Insurance Company.

                                        _____/s Robert J. Gilbert/_____
                                        Robert J. Gilbert