UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INVENSYS SYSTEMS, INC., )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>CENTENNIAL INSURANCE COMPANY, )<br>      Defendant. )<br>_____) | Civ. No. 1:05-CV-11589-WGY |

## ASSENTED-TO MOTION TO AMEND BRIEFING SCHEDULE

Plaintiff Invensys Systems, Inc. respectfully moves for an order to amend the briefing schedule for oppositions to pending summary judgment motions, stating in support as follows:

1. The current deadline for filing opposition briefs is Monday, October 30, 2006.

2. Plaintiff's lead counsel, Robert J. Gilbert, has been scheduled to undergo medical testing on Friday, October 27, and Monday, October 30, 2006.

3. Plaintiff accordingly requests a two-day extension of the date for each party to file briefs in opposition to pending summary judgment motions, such that the briefs would now be due on Wednesday, November 1, 2006.

4. Purusant to Local Rule 7.1(A)(2), counsel for Plaintiff hereby certifies that he has consulted with John T. Harding, counsel for Defendant Centennial Insurance Company, and that Defendant has assented to the relief requested in this motion.

**Wherefore**, Plaintiff respectfully requests that the Court extend to Wednesday, November 1, 2006 the deadline for filing oppositions to pending summary judgment motions.

Respectfully submitted:

|  |  |
|---|---|
|  | PLAINTIIFF INVENSYS SYSTEMS, INC.,<br>By its attorneys:<br><br>_____/s Robert J. Gilbert/_____<br>Robert J. Gilbert (BBO# 565466)<br>GILBERT & RENTON LLC<br>23 Main Street<br>Andover, MA 01810<br>Telephone: (978) 475-7580 |
| Dated: October 26, 2006 | Telecopy: (978) 475-1881 |

**Certificate of Service**

    I hereby certify that a true and correct copy of this document was served upon John T. Harding, Morrison Mahoney LLP, 250 Summer Street, Boston, MA  02210, by first class mail, postage prepaid, on October 26, 2006.

                                            \_\_\_\_\_/sRobert J. Gilbert/_____
                                            Robert J. Gilbert