UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**INVENSYS SYSTEMS, INC**

**Plaintiff**

v.

**CENTENNIAL INSURANCE CO.**
**Defendant**

**Civil Action**
**No: 05-11589-WGY**

## JUDGMENT

      Centennial must indemnify Invensys for its ultimate net loss, including unreimbursed indemnity costs arising from the Wheeler Road lawsuit as well as future remediation costs, but not the interest on the underlying judgment, all pursuant to the terms of the policy. Invensys, however, is not entitled to reimbursement for attorneys' fees incurred in bringing this action against Centennial. Invensys has waived Counts I and III, which allege that Centennial breached its duty to defend in the Wheeler Road lawsuit.

      Sarah A. Thornton
       Clerk


      /s/ Elizabeth Smith
      Deputy Clerk

January 18, 2007
To: All Counsel