⊗AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Invensys Systems, Inc.

V.

Centennial Insurance Company

**BILL OF COSTS**

Case Number: 05-11589-WGY

Judgment having been entered in the above entitled action on __1/18/2007__ against __Centennial Insurance Co.__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ........................................................... | $ 275.00 |
| Fees for service of summons and subpoena ........................................... | 18.76 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 83.60 |
| Fees and disbursements for printing ................................................. | |
| Fees for witnesses (itemize on page two) ............................................. | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | 2,134.50 |
| Docket fees under 28 U.S.C. 1923 .................................................. | |
| Costs as shown on Mandate of Court of Appeals ....................................... | |
| Compensation of court-appointed experts ............................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ........................................................ | |
| TOTAL | $ 2,511.86 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:    **/s/ Robert J. Gilbert**

Name of Attorney:    Robert J. Gilbert

For:    Plaintiff Invensys Systems, Inc.    Date:    1/27/2007
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                 Deputy Clerk                    Date

≈AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INVENSYS SYSTEMS, INC.,<br>Plaintiff,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY,<br>Defendant. | )<br>)<br>)<br>)  Civ. No. 1:05-CV-11589-WGY<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF ROBERT J. GILBERT IN SUPPORT OF
PLAINTIFF'S REQUEST FOR TAXATION OF COSTS**

I, Robert J. Gilbert, do hereby depose and state as follows:

1. I am of the age of majority, and I make this affidavit freely, voluntarily and based on my own knowledge acquired through my role as counsel of record to Plaintiff Invensys Systems, Inc. in this matter. I submit this Affidavit in support of Plaintiff's request for the Clerk to tax costs in conformity with the Court's Memorandum and Order of January 17, 2007, and the Judgment entered on January 18, 2007.

**Categories of Costs**

2. **Hearing Transcript for "Case Stated" Hearing:** This office incurred (and Plaintiff has reimbursed) a total of $83.60 for the cost of obtaining a copy of the transcript of the "case stated" hearing on the parties' cross-motions for summary judgment in this case (the "Case Stated Transcript"), which was held on November 13, 2006. Plaintiff was required to obtain and utilize the Case Stated Transcript in order to respond to Defendant's request that the Court certify an issue of state law to the Massachusetts Supreme Judicial Court. The cost of obtaining the Transcript is reflected in the attached invoice received from the Court Reporter for the United States District Court (**Exh. A**).

3.  **Filing and Service/Postage Fees:** This office incurred (and Plaintiff has reimbursed) a total of $293.76 in filing and service fees in connection with this action. This amount included $275.00 paid on or about June 29, 2005 to the Norfolk (Mass.) Superior Court (the case was later removed to federal court by Defendant), and $5.11 and $13.65 paid for certified mail and express mail for out-of-state service upon Defendant in New York on July 1, 2005. Photocopies of this office's internal record of the check paid for the Filing Fee, along with the certified and express mail service receipts are attached hereto as **Exh. B**.

4.  **Photocopying Expenses:** This office incurred (and Plaintiff has reimbursed) photocopying expenses totaling $2,134.50 for photocopies made in-house. All such photocopying expenses were incurred at the normal per copy rate of $0.15 per page (which is equal to the actual rate charged by our firm's regular outside photocopy vendor, IKON). All in-house copies were tabulated electronically based on a client-specific and case-specific code entered into the photocopy machine prior to performing any photocopying for this case. An itemized listing of these photocopying expenses, is attached hereto as **Exh. C**. The bulk of these expenses were incurred on five separate photocopying jobs, which are itemized and described as follows:

a.  Plaintiff incurred $47.10 in June and July, 2005 (shown as August 31, 2005 on attached record), to prepare, serve, and file the Complaint and exhibits thereto, and to provide courtesy copies of documents to Defendant relating to a related, previously litigated matter.

b.  Plaintiff incurred $74.40 on or before January 31, 2006 to produce an initial set of documents to Defendant as part of Plaintiff's Automatic Discovery Disclosures under Fed. R.

Civ. P. 26(a).

  c. Plaintiff incurred $671.70 on or before March 31, 2006. These costs were incurred for two purposes. The first purpose was to photocopy documents in response to Defendant's requests for production of documents. The second purpose was to photocopy briefs and exhibits for submission to Magistrate Judge Alexander in connection with the mediation of this case.

  d. Plaintiff incurred $432.75 on or about September 30, 2006 in connection with the preparation, service and filing of summary judgment materials, including motions, oppositions and responses, briefs, affidavits, and other supporting papers as well as exhibits thereto. The necessary copying included making a service copy for Defendants, a courtesy copy of the papers at the request of the Court, and a set for the internal use of this office.

  e. Plaintiff incurred $841.05 in copy costs on or before October 23, 2006, in connection with its supplemental production of documents to Defendant. These copies constituted documents identified by Defendant for production after reviewing the files of Plaintiff's attorneys in the underlying <u>One Wheeler Road</u> lawsuit. Some documents were copied by IKON (for which Defendant has already reimbursed Plaintiff). However, the amount sought in this paragraph constitutes in-house copies of another portion of the document request.

  f. The remainder of photocopying expenses shown on the attached record were incurred in the ordinary course of litigation of the case, including in the service and/or filing of motions, discovery requests, responses to interrogatories, and correspondence.

  Signed under the pains and penalties of perjury this 1st day of February, 2007.

          _/s/ Robert J. Gilbert_____
          Robert J. Gilbert

                                      Respectfully Submitted:
                                      PLAINTIFF INVENSYS SYSTEMS, INC.,
                                      By its attorneys,

                                      _/s/ Robert J. Gilbert_____
                                      Robert J. Gilbert (BBO# 565466)
                                      GILBERT & RENTON LLC
                                      23 Main Street
                                      Andover, MA 01810
                                      Telephone: (978) 475-7580
Dated: February 1, 2007           Telecopy: (978) 475-1881

## Certificate of Service

    I hereby certify that a true and correct copy of this document, and the exhibits hereto, along with the related Bill of Costs, was served this day upon John T. Harding, Morrison Mahoney LLP, 250 Summer Street, Boston, MA 02210, by way of the Court's electronic service and filing system.

                                      _/s/ Robert J. Gilbert_____
                                      Robert J. Gilbert

# EXHIBIT A

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

INVOICE NO: 20060262

**MAKE CHECKS PAYABLE TO:**

Robert J. Gilbert, Esq.
Gilbert & Renton LLC
344 Main Street
Andover, MA 01810

Phone: (978) 475-7580
FAX: (978) 475-1881

DONALD E. WOMACK, RMR
Official Court Reporter
P.O. Box 1704
Plainville, MA 02762

Phone:

Tax ID: 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
womack@megatran.com

☐ CRIMINAL    ☒ CIVIL    DATE ORDERED: 11-13-2006    DATE DELIVERED: 11-14-2006

**Case Style:** 05-11589-WGY, Invensys Systems, Inc. v Centennial Insurance Company
Furnishing Mr. Gilbert electronic transcript of proceedings heard in the above-entitled matter on November 13, 2006

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 19 | 4.40 | 83.60 | | | | | | | 83.60 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 83.60 |
| | | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | |
| | | | | | | | | TAX (If Applicable): | | |
| | | | | | | | | LESS AMOUNT OF DEPOSIT: | | |
| | | | | | | | | TOTAL REFUND: | | |
| | | Date Paid: | | | Amt: | | | TOTAL DUE: | | $83.60 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE    DATE

*(All previous editions of this form are cancelled and should be destroyed)*

# EXHIBIT B

5417

**GILBERT & RENTON LLC OPERATING ACCOUNT**

Norfolk Superior Court

Check Number: 5417
Check Date: Jun 29, 2005

Check Amount: $275.00
Discount Taken         Amount Paid
                       275.00

Item to be Paid - Description
Fox/WheelerRd/complaint
(centennial)



(B)

| | POSTAGE | $1.06 | POSTMARK OR DATE |
|---|---|---|---|
| RETURN RECEIPT SERVICE | RESTRICTED DELIVERY FEE | $0.00 | |
| | CERTIFIED FEE | $2.30 | JUL 1 2005 |
| | RETURN RECEIPT FEE | $1.75 | TOWN HOUSE STA |
| SENT TO: | TOTAL POSTAGE AND FEE'S | $5.11 | |

7183 8901 9811 0000 3122

File: Invensys/Centennial

Klaus G. Dorfi, CEO
Centennial Insurance Company
140 Broadway, 34th Floor
New York, NY 10005-1101

PS FORM 3800

**UNITED STATES POSTAL SERVICE** — RECEIPT FOR CERTIFIED MAIL
NO INSURANCE COVERAGE PROVIDED
NOT FOR INTERNATIONAL MAIL
(SEE OTHER SIDE)

---

**EXPRESS MAIL** — Customer Copy, Label 11-B, March 2004
UNITED STATES POSTAL SERVICE® — Post Office To Addressee

ED 454319028 US

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 01810
Day of Delivery: Next
Postage: $13.65
Date Accepted: Mo. 7 Day 1 Year 05
Scheduled Date of Delivery: Month 7 Day 2
Time Accepted: 3:20 PM
Scheduled Time of Delivery: Noon
Total Postage & Fees: $13.65
Flat Rate or Weight: 5 ozs.

FROM: PHONE 978-475-2580
Robert J. Gilbert, Esq.
Gilbert & Renton LLC
23 Main Street
Andover, MA 01810

TO: PHONE 212-227-3500
Centennial Insurance Company
140 Broadway, 34th Floor
New York, NY
Attn: Klaus G. Dorfi, CEO

ZIP+4: 10005+1101

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

# EXHIBIT C

| 1/31/2007 | Gilbert & Renton LLC | |
|---|---|---|
| 9:21 AM | Slip Listing | Page 1 |

## Selection Criteria

| | |
|---|---|
| Lawy.Selection | Include: All/130; Boucher/$120; C.A. Fraser; Cain/100; Denn Ed/125; Denn/130; Denn/135; Denn/150; Denn/162.50; Denn/170; Denn/175; Denn/180; Denn/185; Denn/190; Denn/200; Denn/210; Denn/215; Denn/225; Denn/25; Denn/250; Denn/275; Diamond/150; Furlong; Gilbert/150.00; Gilbert/162.50; Gilbert/175; Gilbert/195; Gilbert/200; Gilbert/210; Gilbert/225; Gilbert/250; Gilbert/275; Gilbert/285; Gilbert/300; Gilbert/310; Gilbert/325; Gilbert/335; Gilbert/350; Ginsburg/125; Ginsburg/162.50; Ginsburg/175; Ginsburg/215; Ginsburg/225; Ginsburg/250; Ginsburg/275; Levy; Lewin/90; Melissa West; Murray/$45; Olson, Melanie/150; PC; Pat Cabral/100; Pawlick/100; Perrotta/150; Perrotta/165; Perrotta/175; Renton/112.50; Renton/125; Renton/140; Renton/150; Renton/160; Renton/162.50; Renton/175; Renton/180; Renton/185; Renton/190; Renton/195; Renton/200; Renton/210; Renton/225; Renton/250; Renton/275; Renton/285; Renton/300; Renton/310; Renton/325; Renton/335; Renton/350; Silveira/175; Thomas, Robert |
| Slip.Date | 8/1/2005 - 1/31/2007 |
| Acti.Selection | Include: $Copy Charge |
| Clie.Selection | Include: Invensys/Wheeler Rd/Centennial |
| Slip.Transaction Ty | 2 - 2 |
| Clie.Selection | Include: Invensys/Wheeler Rd/Centennial |
| Slip.Transaction Ty | 2 - 2 |
| Slip.Classification | Open |
| Clie.Selection | Include: Invensys/Wheeler Rd/Centennial |
| Slip.Transaction Ty | 2 - 2 |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | Lawyer / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 50360           EXP<br>8/31/2005<br>Billed           C:10369      4/6/2006<br>Copy charges to date (314 @ .15). | Gilbert/225<br>$Copy Charge<br>Invensys/Wheeler Rd/Centen | 314 | 0.15 | 47.10 |
| 50797           EXP<br>9/30/2005<br>Billed           C:10369      4/6/2006<br>Copy charges to date (29 @ .15). | Gilbert/250<br>$Copy Charge<br>Invensys/Wheeler Rd/Centen | 29 | 0.15 | 4.35 |
| 51002           EXP<br>10/31/2005<br>Billed           C:10369      4/6/2006<br>Copy charges to date (29 @ .15). | Renton/250<br>$Copy Charge<br>Invensys/Wheeler Rd/Centen | 29 | 0.15 | 4.35 |
| 51375           EXP<br>11/30/2005<br>Billed           C:10369      4/6/2006<br>Copy charges to date (4 @ .15). | Gilbert/275<br>$Copy Charge<br>Invensys/Wheeler Rd/Centen | 4 | 0.15 | 0.60 |

1/31/2007  
9:21 AM

Gilbert & Renton LLC  
Slip Listing

Page    2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Lawyer<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 52322         EXP<br>1/31/2006<br>Billed         C:10369      4/6/2006<br>Copy charges to date (496 @ .15) | Renton/225<br>$Copy Charge<br>Invensys/Wheeler Rd/Centen | 496 | 0.15 | 74.40 |
| 52887         EXP<br>2/28/2006<br>Billed         C:10369      4/6/2006<br>Copy charges to date. (144 @ .15). | Cain/100<br>$Copy Charge<br>Invensys/Wheeler Rd/Centen | 144 | 0.15 | 21.60 |
| 53511         EXP<br>3/31/2006<br>Billed         C:10369      4/6/2006<br>Copy charges to date. (4478 @ .15) | Gilbert/325<br>$Copy Charge<br>Invensys/Wheeler Rd/Centen | 4478 | 0.15 | 671.70 |
| 53813         EXP<br>4/30/2006<br>Billed         C:10370      6/30/2006<br>Copy charges to date. (61 @ .15) | Gilbert/175<br>$Copy Charge<br>Invensys/Wheeler Rd/Centen | 61 | 0.15 | 9.15 |
| 54309         EXP<br>5/31/2006<br>Billed         C:10370      6/30/2006<br>Copy charges to date. (58 @ .15) | Gilbert/175<br>$Copy Charge<br>Invensys/Wheeler Rd/Centen | 58 | 0.15 | 8.70 |
| 55404         EXP<br>7/31/2006<br>Billed         C:10371      11/28/2006<br>Copy charges to date. (31 @ .15) | Cain/100<br>$Copy Charge<br>Invensys/Wheeler Rd/Centen | 31 | 0.15 | 4.65 |
| 56275         EXP<br>8/31/2006<br>Billed         C:10371      11/28/2006<br>Copy charges to date. (28 @ .15) | Cain/100<br>$Copy Charge<br>Invensys/Wheeler Rd/Centen | 28 | 0.15 | 4.20 |
| 56366         EXP<br>9/30/2006<br>Billed         C:10371      11/28/2006<br>Copy charges to date. (2885 @ .15) | Cain/100<br>$Copy Charge<br>Invensys/Wheeler Rd/Centen | 2885 | 0.15 | 432.75 |
| 57002         EXP<br>10/31/2006<br>Billed         C:10371      11/28/2006<br>Copy charges to date. (5607 @ .15) | Cain/100<br>$Copy Charge<br>Invensys/Wheeler Rd/Centen | 5607 | 0.15 | 841.05 |
| 58822         EXP<br>1/23/2007<br>WIP<br>Copy charges to date. (66 @ .15) | Cain/100<br>$Copy Charge<br>Invensys/Wheeler Rd/Centen | 66 | 0.15 | 9.90 |

| 1/31/2007 | Gilbert & Renton LLC | | | |
| 9:21 AM | Slip Listing | | | Page    3 |

| Slip ID | Lawyer | Units | Rate | Slip Value |
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

Grand Total

| | Billable | 0.00 | | 2134.50 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 2134.50 |