UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | | |
|---|---|---|
| INVENSYS SYSTEMS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:05-CV-11589-WGY |
| | ) | |
| CENTENNIAL INSURANCE  COMPANY, | ) | |
| Defendant. | ) | **HEARING REQUESTED** |

_____)

## PLAINTIFF'S CONSOLIDATED MOTIONS TO MAKE ADDITIONAL FINDINGS AND/OR TO ALTER OR AMEND JUDGMENT (Fed. R. Civ. P. 52, 59)

Plaintiff Invensys Systems, Inc. respectfully moves pursuant to Rules 52(b) and 59(e), Fed. R. Civ. P., for an order entering additional findings, and/or to alter or amend judgment, to incorporate the following into the Court's judgment:

1.  A specification of the damages owed by Defendant Centennial Insurance Company for breach of the duty to indemnify past cleanup costs and damages (Count II); and

2.  An entry of pre-judgment interest on such damages, per M.G.L. c. 231, § 6C.

In support, Plaintiff has submitted a memorandum, and also respectfully relies upon (i) Plaintiff's Motion for Summary Judgment; (ii) Memorandum in Support of Plaintiff Invensys Systems, Inc.'s Motion for Summary Judgment; (iii) Separate Statement of Undisputed Material Facts in Support of Plaintiff Invensys Systems, Inc.'s Motion for Summary Judgment; (iv) Exhibits and Affidavits in Support of Plaintiff Invensys Systems, Inc.'s Motion for Summary Judgment; (v) Plaintiff's Memorandum in Opposition to Centennial's Motion for Summary Judgment, and (vi) Plaintiff's Concise Statement of Disputed Material Facts in Opposition to Centennial's Motion for Summary Judgment.

1

In addition, Invensys will be filing a separate bill of costs to be assessed against Centennial.

WHEREFORE, Plaintiff Invensys Systems, Inc. respectfully urges the Court, pursuant to Rules 52(b) and 59(e), Fed. R. Civ. P., to enter an order entering additional findings and/or to alter or amend judgment.

Respectfully submitted,
PLAINTIFF INVENSYS SYSTEMS, INC.,
By its attorneys,

_____/s Robert J. Gilbert/_____
Robert J. Gilbert, Esq. (BBO # 565466)
GILBERT & RENTON LLC
344 North Main Street
Andover MA 01810
Tel (978) 475-7580
Dated: February 1, 2007          Fax (978) 475-1881

## CERTIFICATE OF SERVICE

I, Robert J. Gilbert, hereby certify that on February 1, 2007, a true and correct copy of the foregoing document was served electronically upon John T. Harding, Esq., counsel of record for Defendant Centennial Insurance Company.

_____/s Robert J. Gilbert/_____
Robert J. Gilbert