UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INVENSYS SYSTEMS, INC.,                )<br>                                                            )<br>        Plaintiff,                                  )<br>                                                            )          CIVIL ACTION<br>v.                                                       )          NO. 1:05-CV-11589-WGY<br>                                                            )<br>CENTENNIAL INSURANCE COMPANY,  )<br>                                                            )<br>        Defendant.                               )<br>                                                            ) | |

**DEFENDANT CENTENNIAL INSURANCE COMPANY'S
MOTION TO ENLARGE TIME [ASSENTED TO BY PLAINTIFF]**

Pursuant to Fed.R.Civ.P. 6 and Local District Court Rule 7.1, Defendant Centennial Insurance Company ("Centennial") moves that the Court enlarge the time for it to oppose and/or respond to "Plaintiff's Consolidated Motions to Make Additional Findings and/or to Alter or Amend Judgment (Fed. R. Civ. P. 52, 59)" [Doc. No. 37] and "Plaintiff's Bill of Costs" [Doc. No. 36] to and including February 23, 2007.

As grounds for this motion, Centennial states as follows:

1. Plaintiff's Motions and Plaintiff's Bill of Costs were electronically filed on February 1, 2007.

2. Centennial's oppositions and/or responses to Plaintiff's Motions and Plaintiff's Bill of Costs are due when counsel for Centennial is scheduled to be out of state on vacation.

3. Plaintiff has assented to Centennial's request for an extension of time to respond to Plaintiff's Motions and Plaintiff's Bill of Costs to and including February 23, 2007.

4. This short extension will not unduly delay the final resolution of this matter.

For the reasons stated, Centennial respectfully requests that the Court enlarge the time for it to file its oppositions or responses to Plaintiff's Motions and Plaintiff's Bill of Costs to and including February 23, 2007.

Respectfully submitted,

The defendant,
CENTENNIAL INSURANCE COMPANY,

By its Attorneys,
MORRISON MAHONEY LLP

*/s/ John T. Harding*
John T. Harding, BBO No. 221270
250 Summer Street
Boston, MA 02210
(617) 439-7500
(617) 342-4888 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 12, 2007.

*/s/ John T. Harding*
John T. Harding, Jr., BBO No. 221270