UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INVENSYS SYSTEMS, INC.,<br>      Plaintiff,<br><br>v.<br><br>CENTENNIAL INSURANCE COMPANY,<br>      Defendant. | Civ. No. 1:05-CV-11589-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., Plaintiff Invensys Systems, Inc. and Defendant Centennial Insurance Company hereby stipulate to the dismissal of this action with prejudice and without costs, all rights of appeal waived.

Respectfully submitted:
PLAINTIIFF INVENSYS SYSTEMS, INC.,
By its attorneys:

/s Robert J. Gilbert/
Robert J. Gilbert (BBO# 565466)
GILBERT & RENTON LLC
344 North Main Street
Andover, MA 01810
Telephone: (978) 475-7580

Dated: March 27, 2007

DEFENDANT CENTENNIAL INSURANCE COMPANY
By its attorneys:

/s John T. Harding/
Michael F. Aylward (BBO #024850)
John T. Harding (BBO#221270)
MORRISON, MAHONEY LLP
250 Summer Street
Boston, MA 02210
Telephone: (617) 439-7558

Dated: March 27, 2007

## Certificate of Service

  I hereby certify that a true and correct copy of this document was served upon John T. Harding, Morrison Mahoney LLP, 250 Summer Street, Boston, MA 02210, electronically and by first class mail, postage prepaid, on March 27, 2007.

              _____/sRobert J. Gilbert/_____
              Robert J. Gilbert